# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

130584

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAVID MANION,
      Plaintiff-Appellee,

v

GRAPHIC PACKAGING CORPORATION and
LIBERTY MUTUAL INSURANCE COMPANY,
      Defendants-Appellants,
and

TOWER AUTOMOTIVE and AMERICAN
MANUFACTURERS MUTUAL INSURANCE
COMPANY,
      Defendants-Appellees.

SC: 130584
COA: 265987
WCAC: 04-000173

_____/

On order of the Court, the application for leave to appeal the February 3, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

_____
Clerk

t0522